UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
(HELD IN MONROE)

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:22-CR-00266-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PATRICK J SUMBLER JR (01) | MAGISTRATE JUDGE HORNSBY |

# ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Signed at Monroe, Louisiana on this 23rd day of March, 2023.

_____
KAYLA D. MCCLUSKY
UNITED STATES MAGISTRATE JUDGE